**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GCMC of Wharton County Texas, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Gulf Coast Medical Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __8__ __0__ – __0__ __7__ __8__ __2__ __5__ __1__ __1__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10141 U.S. 59 Road**<br>Number       Street | Number       Street |
| | P.O. Box |
| **Wharton**          **TX**     **77488**<br>City                      State    ZIP Code | City                      State    ZIP Code |
| **Wharton**<br>County | Location of principal assets, if different from principal place of business |
| | Number       Street |
| | City                      State    ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor **GCMC of Wharton County Texas, LLC**                              Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

**6   2   2   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11.  *Check all that apply:*
    - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] A plan is being filed with this petition.
    - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
          District _____  When _____ (MM/DD/YYYY)  Case number _____
          District _____  When _____ (MM/DD/YYYY)  Case number _____

Debtor **GCMC of Wharton County Texas, LLC**    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.

Debtor _____   Relationship _____
District _____   When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____   Relationship _____
District _____   When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention?   (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number   Street
_____
City   State   ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor **GCMC of Wharton County Texas, LLC**     Case number (if known) _____

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Part X: Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/21/2016**
MM / DD / YYYY

X _/s/ Alan S. Tuft, Ph.D._    **Alan Tuft**
Signature of authorized representative of debtor    Printed name

Title **CAO**

**18. Signature of attorney**

X _/s/_    Date **11/21/2016**
Signature of Attorney for Debtor    MM / DD / YYYY

**Randall A. Rios**
Printed name

**Hughes Watters Askanase**
Firm Name

**Total Plaza**
Number    Street

**1201 Louisiana, 28th Floor**

**Houston**    **TX**    **77002**
City    State    ZIP Code

Contact phone **(713) 759-0818**    Email address **rrios@hwa.com**

**16935865**    **TX**
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## WRITTEN CONSENT OF THE SOLE MEMBER, MANAGER, AND EXECUTIVE CHAIRMAN OF GCMC OF WHARTON COUNTY TEXAS, LLC

**November 16, 2016**

WE THE UNDERSIGNED, being the sole member, manager, and executive chairman of GCMC of Wharton County Texas, LLC (the "Company"), hereby consent, pursuant to the terms of the Company's formation documents, to the adoption of the following resolutions by written consent in *lieu* of a meeting (the "Consent").

WHEREAS, that as a result of the Company closing its hospital and emergency room facilities, a liquidating event, as defined in the Company's formation documents, has occurred and that pursuant to the terms of the Company's formation documents the Company must wind up its affairs in an orderly fashion in order to satisfy the claims of its creditors, to the extent possible;

WHEREAS the Company has determined in its business judgment, that it is desirable and in the Company's best interests, and in the best interests of the Company's creditors, members, employees, and other interested parties, that the Company file a chapter 7 petition seeking relief under title 11 of the United States Code, 11 U.S.C. §§ 1010-1532 (as amended, the "Bankruptcy Code"), based upon the Company's financial condition.

**NOW THEREFORE, IT IS HEREBY RESOLVED BY THE SOLE MEMBER, MANAGER, AND EXECUTIVE CHAIRMAN OF THE COMPANY, AS FOLLOWS:**

IT IS RESOLVED, that any and all notice to take any action in adopting the following resolutions is hereby waived by the undersigned pursuant to the Delaware Limited Liability Company Act; it is further

RESOLVED, that the Company has determined in its business judgment that it is desirable and in the best interests of the Company, and in the best interests of the Company's creditors, members, employees, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), based upon the Company's financial condition; it is further

RESOLVED, that the Chief Administration Officer, Alan Tuft, (the "Authorized Officer"), and any employees or agents (including counsel) designated by or directed by the Authorized Officer, or any one of them, are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute, verify, and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to perform any and all further acts and deeds that the Authorized Officer, or any one of them designated by the Authorized Officer, deem necessary, proper, or desirable in connection with the Chapter 7 Case; it is further

RESOLVED, that the Authorized Officer, or any one of them designated by the Authorized Officer, are authorized, empowered, and directed, in the name and on behalf of the Company, to prepare, execute, deliver, and perform such agreements, documents, and other instruments, to pay or cause to be paid on behalf of the Company such related costs and expenses, to prepare, execute, and deliver or cause to be executed and delivered such other notices, requests, demands, directions, consents, approvals, orders, applications, certificates, agreements, undertakings, supplements, amendments, further assurances, or other instruments or communications under the corporate seal of the Company or otherwise, and to take all such other action, in the name and on behalf of the Company, as the Authorized Officer, or any one of them designated by the Authorized Officer, in their, his, or her discretion, shall deem necessary, desirable, or appropriate to effect and carry out the intent of the resolutions set forth herein and the transactions contemplated thereby, and the taking of such action and the preparation, execution, delivery, and performance of any such agreements, documents, and other instruments or the performance of any such act shall be conclusive evidence of the approval of the Company and its sole member thereof and all matters relating thereto; it is further

RESOLVED, that the Authorized Officer and any employees or agents (including counsel) designated by or directed by the Authorized Officer, or any one of them, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certifications or other documents, and to take all such other action, for and in the name and on behalf of the Company, as the Authorized Officer, or any one of them designated by the Authorized Officer, in their, his, or her discretion, shall deem necessary, desirable, or appropriate to effect and carry out the intent of the resolutions set forth herein and the transactions contemplated thereby, and the taking of such actions and the preparation, execution, delivery, and performance of any such agreements, documents, and other instruments or the performance of any such act shall be conclusive evidence of the approval of the Company, and its sole member thereof and all matters relating thereto; it is further

RESOLVED, that the engagement of the law firm of Hughes Watters Askanase, L.L.P. as bankruptcy counsel for the Company, for a fixed fee of $45,000.00 for filing the Chapter 7 Case, which fee is earned when paid, is hereby ratified, confirmed, adopted, and approved; it is further

RESOLVED, that any and all past actions taken by officers or directors, including those of the Authorized Officer, of the Company in the name and on behalf of the Company in furtherance of any or all of the resolutions set forth herein be, and the same hereby are, ratified, confirmed, adopted, and approved; it is further

RESOLVED, that the Authorized Officer of the Company be, and hereby is, duly authorized, empowered, and directed, on behalf of the Company, to certify to the passage of the foregoing resolutions; and it is further

RESOLVED, that the authority given hereunder shall be deemed retroactive and any and all signatures, endorsements heretofore executed and all other actions (including agreements

2

2987751_2

made electronically) heretofore for the purposes hereof by the Company or by the Authorized Officer are hereby adopted, ratified, and confirmed.

*(signature pages to follow)*

IN WITNESS WHEREOF, the undersigned sole member of the Company executes this Consent to be made effective as of the date first set forth above.

    MEMBER:

    GCMC OF WHARTON COUNTY TEXAS LLC TRUST

    _____
    John R. Becker, Esq.,
    Its Trustee

4

IN WITNESS WHEREOF, the undersigned manager of the Company executes this Consent to be made effective as of the date first set forth above.

                                            GCMC OF WHARTON COUNTY TEXAS, LLC

                                            _____
                                            John R. Becker, Esq.,
                                            Its Manager

IN WITNESS WHEREOF, the undersigned executive chairman of the Company executes this Consent to be made effective as of the date first set forth above.

GCMC OF WHARTON COUNTY TEXAS, LLC

*Paul Tuft*

Paul Tuft,
Its Executive Chairman