### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

IN RE:   **GCMC of Wharton County Texas, LLC**                        CASE NO  **16-60109**

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___11/21/2016___                        Signature _____
                                                                    **Alan Tuft**
                                                                    **CAO**

Date _____        Signature _____

```
1 DOC WAY
ATTN:SAMIR MALIK
447 BROADWAY, FLOOR 2
NEW YORK, NY 10013


3M HEALTHCARE INFORMATIO
575 W MURRAY BLVD
MURRAY, UT 84123


4IMPRINT INC
101 COMMERCE ST
OSHKOSH, WI 54901


826 PRAXAIR DISTRIBUTION
DEPT CH 10660
PALATINE, IL 60055


AAF INTERNATIONAL
24828 NETWORK PLACE
CHICAGO, IL 606731248


ABM HEALTH LLC
325 HOPPING BROOK RD
HOLLISTON, MA 01746


ACCENT
PO BOX 952366
ST. LOUIS, MO 631952366


ACME SAFE& LOCK SERVICE
1006 WEST 34TH STREET
HOUSTON, TX 77018


ADVANCE MEDICAL DESIGNS
1241 ATLANTA INDUSTRIAL DRIVE
MARIETTA, GA 30066
```

```
ADVANCED STERILIZATION
PO BOX 406663
ATLANTA, GA 30384


AESYNT, INC.
PO BOX 787521
PHILADELPHIA, PA 191787521


AGFA HEALTHCARE CORP
LOCKBOX 6204
1615 BRETT ROAD
NEW CASTLE, DE 197202425


AHC MEDIA LLC
PO BOX 550869
ATLANTA, GA 303553369


AHCV
401 W. 15TH STREET
SUITE 840
AUSTIN, TX 78701


AHRA
490 B BOSTON POST ROAD
STE 200
SUDBURY, MA 01776


AIG
NATIONAL UNION FIRE INS CO OF PITTSBURG,
PO BOX 35657
NEWARK, NJ 071935657


ALCON LABORATORIES INC
PO BOX 677775
DALLAS, TX 752677775


ALLEN MEDICAL SYSTEMS IN
1 POST OFFICE BOX SQUARE
ACTON, MA 17206725
```

ALLIANCE AMBULANCE, INC.
6214 SAXON
HOUSTON, TX 77092


ALPHA CARD SYSTEMS
PO BOX 231179
PORTLAND, OR 97281


AMERICAN ASSOC OF NOTATI
PO BOX 63061
HOUSTON, TX 77263


AMERICAN HOSPITAL ASSOCI
PO BOX 933283
ATLANTA, GA 311933283


AMERICAN PROFICIENCY INSTITUTE
DEPARTMENT 9526
PO BOX 30516
LANSING, MI 489098016


AMPRONIX INC
15 WHATNEY
IRVINE, CA 92618


AMVEX CORP
25B EAST PEARCE STREET
RICHMOND HILL, TX 77437


APPLETON MEDICAL SERVICE
PO BOX 955
SAINT CHARLES, MO 633020955


APPLIED MEDICAL
C/O First Data USA 8430
West Bryn Mawr Ave, 3rd Floor
Chicago, IL 60631

APREA GROUP
1918 GOSTER LEAF LANE
RICHMOND, TX 77406


AQUA ZYME SERVICES INC
PO BOX 800
VAN VLECK, TX 77482


ARJOHUNTLEIGH INC
PO BOX 844746
DALLAS, TX 75284


ARROW INTERNATIONAL INC
PO BOX 8500 S 9060
PHILADELPHIA, PA 191789060


ARTHROCARE CORP
PO BOX 844161
DALLAS, TX 752844161


ASD HEALTHCARE INC
PO BOX 848104
DALLAS, TX 752848104


ASHP
PAYMENT CENTER
PO BOX 17693
BALTIMORE, MD 21297


ASSOCIATED PRECISION LABS INC
2336 N INTERSTATE DRIVE
NORMAN, OK 73072


AT&T
PO BOX 5019
CAROL STREAM, IL 60197

AT&T
PO BOX 5001
CAROL STREAM, IL 60197


AT&T
PO BOX 5095
CAROL STREAM, IL 60197


AT&T MOBILITY NATIONAL A
PO BOX 6463
CAROL STREAM, IL 601976463


ATD AUSTIN
PO BOX 92052
AUSTIN, TX 78709


BACKFLOW TESTING & REPAIR, LLC
P.O. BOX 729
WEST COLUMBIA, TX 77486


Ballejo, Angie


BARD PERIPHERAL VASCULAR
WACHOVIA BANK
DIVISION OF WELLS FARGO, NA
1525 WEST WT HARRIS BLVD
CHARLOTTE, NC 28262

Bartek, Carol E.


Bauman, Deborah

BAUSCH&LAMB INC SURGICAL
4395 COLLECTIONS CENTER
CHICAGO, IL 60693


BAXTER HEALTHCARE MED DE
PO BOX 70564
CHICAGO, IL 606730564


BAYER HEALTHCARE
PO BOX 360172
PITTSBURGH, PA 152516172


BAYLOR PATHOLOGY (MED DIR)
BAYLOR COLLEGE OF MEDICINE
DEPARTMENT OF PATHOLOGY
ATTN: TAMMY AKIF
HOUSTON, TX 77030

BAYLOR PATHOLOGY CONSULTANTS
PO BOX 4698
HOUSTON, TX 772104698


BEAVER VISITEC INTERNATI
PO BOX 842837
BOSTON, MA 022842837


Bedynek, Michael John


BEEKLEY CORP
ONE PRESTIGE LANE
BRISTOL, CT 6010


BILLING ADVANTAGE, INC.
58 CONCORD ST.
NORTH READING, MA 01864

BIO RAD LABORATORIES INC
DEPT 9740
LOS ANGELES, CA 900849740


BIONOMICS, INC.
PO BOX 817
KINGSTON, TN 37763


BME
14785 OMICRON DRIVE
SUITE 205
SAN ANTONIO, TX 782453223


Bonds, Dianne


BOSTON SCIENTIFIC CORP
ATTN: MICROVASIVE DIVISION
PO BOX 951653
DALLAS, TX 753951653


Bothe, Cherrie


Boullion, Stephanie R.


Brand, Laura L.


CANNELL AIR CONDITIONING
PO BOX 1238
EL CAMPO, TX 77437

CANTRELL DRUG COMPANY
7321 CANTRELL ROAD
LITTLE ROCK, AR 72207


CAPITAL FLAG
4822 FANNIN ST
HOUSTON, TX 77004


CAPITAL INFECTIOS DISEASE
SARFRAZ ALY, M.D.
1201 CREEKWAY DRIVE, SUITE B
SUGARLAND, TX 77478


CAPITAL INVENTORY INC
PO BOX 1081
WOODSTOCK, GA 30188


CARDINAL HEALTH
PO BOX 847370
DALLAS, TX 753847370


CARDINAL HEALTH 414 LLC
PO BOX 70609
CHICAGO, IL 606730609


CARDINAL HEALTH MEDICAL
ATTN: DALAS NATL WHOLESALE
JP MORGAN CHASE
Recipient: Lockbox 730112
FORT WORTH, TX 76155

CAREFUSION 2200
VMUELLER
25146 NETWORK PLACE
CHICAGO, IL 606731250


CAREFUSION 303, INC.
CAREFUSION SOLUTIONS, LLC
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

Carman, Phillip A.


CARSTENS INC
PO BOX 99110
CHICAGO, IL 606930000


CENTERPOINT ENERGY SVCS INC
1111 LOUISIANA STREET
FLOOR #20
HOUSTON, TX 770025248


CENTRIGRADE SERVICES


CHANNELFORD ASSOCIATES
5853 GREENVIEW ROAD
CALABASAS, CA 91302


Chapman, Nancy


CHK-MED SYSTEMS INC
200 GRANDVIEW AVENUE
CAMP HILL, PA 170111706


CICHARO ACQUISITION CORP
CORE MEDICAL GROUP
2 KEEWAYDIN DRIVE
SALEM, NH 03079


CIRCLE L DIGITAL MEDIA
PO BOX 588
EL CAMPO, TX 77437

Cisneros, Herminia M.

CITY OF WHARTON
120 E CANEY
WHARTON, TX 77488

CITY OF WHARTON EMS
CO PRUDENTIA
241 W MILAM ST
WHARTON, TX 77488

CITY WIDE STORAGE
808 N RICHMOND RD
WHARTON, TX 77488

CLIFTON D THOMASON AIA
6750 WEST LOOP S
STE 510
BELLAIRE, TX 77401

CMS (PAY.GOV)

COLLEGE OF AMERICAN PATH
PO BOX 71698
CHICAGO, IL 606941698

CONE INSTRUMENTS LLC
ATTN: ACCT
6850 SOUTHBELT DR
CALEDONIA, MI 49316

CONMED CORP
BOX 6814
CHURCH ST STATION
NEW YORK, NY 10249

CONSTELLATION NEW EVERGY GAS
BANK OF AMERICA LOCKBOX SERVICES
15246 COLLECTIONS CENTER DRIVE
CHICAGO, IL 606930152


COOK MEDICAL INC
22988 NETWORK PLACE
CHICAGO, IL 606731229


COPING MEDIA AMERICA
PO BOX 682268
FRANKLIN, TN 37068


COUNTY COURTHOUSE MAGNET SVCS
760 CAMPBELL LANE
SUITE 106-141
BOWLING GREEN, KY 42104


COVIDIEN (KENDALL HEALTH)
PO BOX 120823
DALLAS, TX 753120823


COVIDIEN (US SURGICAL)
PO BOX 120823
DALLAS, TX 753120823


CPI
10850 W. PARK PLACE
SUITE 600
MILWAUKEE, WI 53224


CPSI
PO BOX 850309
MOBILE, AL 366950309


CRANEWARE INSIGHT
545 BRANDIES CIRCLE
MURFREESBORO, TN 37128

CST CORP
12210 BEDFORD ST
HOUSTON, TX 77031


CUSTOM CREATIONS
202 N HOUSTON ST
WHARTON, TX 77488


DATEX OHMEDA INC
PO BOX 641936
PITTSBURGH, PA 152641936


DAVOL INC (BARD)
PO BOX 75767
CHARLOTTE, NC 28275


Delgado, Anita S.


DELL MARKETING LP
PO BOX 676021
DALLAS, TX 752676021


Diaz, Michael R.


DISCOVERY HEALTHCARE CONSU
909 18TH STREET
PLANO, TX 75074


DIVERSIFIED CLINICAL SER
PO BOX 636981
CINCINNATI, OH 452636981

DIXON HUGHES GOODMAN LLP
500 RIDGEFIELD COURT
ASHEVILLE, NC 28806


DJO LLC
PO BOX 650777
DALLAS, TX 752650777


DRS GROUP OF TEXAS
75 MAIDEN LANE
NEW YORK, NY 10038


ECFMG
PO BOX 13679
PHILADELPHIA, PA 19101


ECKARD RECOVERY SVCS,LLC
2435 N CENTRAL EXPY, SUITE 1350
RICHARDSON, TX 75080


ECOLAB INC INSTITUTIONAL
PO BOX 70343
CHICAGO, IL 606730343


EDCO
PO BOX 7010
SPRINGFIELD, MO 658017010


EL CAMPO ELECTRIC, INC.
532 CR 351
EL CAMPO, TX 77437


EL CAMPO MEMORIAL HOSPITAL
303 SANDY CORNER ROAD
EL CAMPO, TX 77437

ELEVATOR SAFETY INSPECTION
21225 CREEK ROAD
MANVEL, TX 77578


EMCOR-GOWAN INC.
5550 AIRLINE DR
HOUSTON, TX 770764998


EMD MILLIPORE CORP
25760 Network Place
CHICAGO, IL 60673


EMDEON BUSINESS SERVICES
PO BOX 572490
MURRAY, UT 841572490


EMERGENCY STAFFING SOLUTIONS
17304 PRESTON ROAD, SUITE 1400
DALLAS, TX 75252


ENDOCHOICE INC
PO BOX 200109
PITTSBURGH, PA 152510109


ERBE USA INC
2225 NORTHWEST PARKWAY
MARIETTA, GA 30067


ESI INC
PO BOX 204755
DALLAS, TX 753204755


EVOLOGICS, LLC
4766 RESEARCH DRIVE
SAN ANTONIO, TX 78240

EVOQUA WATER TECHNOLOGIES
PO BOX 360766
PITTSBURGH, PA 152506766


EXCEL WASTE PARTNERS, LLC
PO BOX 690047
HOUSTON, TX 772690047


FARMER BROS. CO.
PO BOX 79705
CITY OF INDUSTRY, CA 917169705


FASTENAL COMPANY
PO BOX 978
WINONA, MN 559870978


FEDERAL EXPRESS CORP
PO BOX 660481
DALLAS, TX 752660481


FINANCIAL CONTROL SVCS
PO BOX 21626
WACO, TX 76702


FINANCIAL CORP OF AMERICA
PO BOX 203670
AUSTIN, TX 787203670


Fishbeck, Katherine Anne


FISHER HEALTHCARE
PO BOX 404705
ATANTA, GA 303844705

Fojtik, Helen J.


FORT BEND SERVICE INC
PO BOX 1688
STAFFORD, TX 77497


FOUR RIVERS SOFTWARE SYS
1501 ARDMORE BOULEVARD
2ND FLOOR
PITTSBURGH, PA 15221


Fuchik, Jo A.


G E HC REIT II DIXIE LOB
40 N CENTRAL1 AVE, #1404
PHOENIX, AZ 85004


GANZ USA, LLC
#043
60 INDUSTRIAL PARKWAY
CHEEKTOWAGA, NY 142279903


Gaona, Julia Kay


GDF SUEZ ENERGY RESOURCE
PO BOX 25237
LEHIGH VALLEY, PA 180025237


GE CAPITAL C/O RICOH USA
ATTN: LEASE END
PO BOX 536732
C/O PNC BANK LOCKBOX
COLLEGE PARK, GA 30349

GE HEALTHCARE
PO BOX 641936
PITTSBURGH, PA 152641936


GE HEALTHCARE OEC
2984 COLLECTIONS CENTER
CHICAGO, IL 60693


GE MED SYSTEMS INFO TECH
5517 COLLECTIONS CENTER
ACCOUNTS RECEIVABLE
CHICAGO, IL 60693


Granberry, William



GRANT BRYANT REED
RAS CRNA, PLLC
814 FLORIENCIA ST.
SUGAR LAND, TX 77479


GREENLEAF COMPACTION INC
DEPT # 2008
PO BOX 29661-2008
PHOENIX, AZ 850382008


GULF COAST PAPER SUPPLY
PO BOX 4227
VICTORIA, TX 77903



Gurecky, Amber L.



Guthrie, Donald Eugene

```
HABITAT FOR HUMANITY
EAST WHARTON COUNTY
PO BOX 451
WHARTON, TX 77488


Harbich, Janice



Hawkins, Regina Macia



HEALTH CARE LOGISTICS INC
PO BOX 400
CIRCLEVILLE, OH 431130400


HELMER SCIENTIFIC
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1937, DEPT 30
INDIANAPOLIS, IN 46206


HENRY SCHEIN MEDICAL SYS
PO BOX 223540
PITTSBURGH, PA 15251



HIBU
PO BOX 660052
DALLAS, TX 752660052



HILL INS - D&O
14201 N 87TH #110
SCOTTSDALE, AZ 85260



HILL INSURANCE - PROF LIAB
14201 N 87TH ST #110
SCOTTSDALE, AZ 85260
```

HILL INSURANCE - PROP/POLLTN
14201 N 87TH #110
SCOTTSDALE, AZ 85260


HILL INSURANCE - WCOMP POLICY
14201 87TH ST #110
SCOTTSDALE, AZ 85260


HILL INSURANCE SERVICES
14350 N 87TH STREET
S# 110
SCOTTSDALE, AZ 85260


HILL MEDICAL SERVICES
601 N 1ST AVE
DURANT, OK 74701


HODGES WELDING
PO BOX 1328
EL CAMPO, TX 77437


HOLLAWAY & GUMBERT
3701 KIRBY DRIVE
STE 1288
HOUSTON, TX 77098


HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 606731245


HOSPICE SUPPORT INC
PO BOX 1417
EL CAMPO, TX 77437


HOSPIRA WORLDWIDE INC
75 REMITTANCE DRIVE
SUITE 6136
CHICAGO, IL 606756136

HOUSTON CHRONICLE
PO BOX 80075
PRESCOTT, AZ 86304


Hubenak, Jessica Leigh



Hunt, Stephanie M.




IDVILLE
5376 52ND STREET SE
GRAND RAPIDS, MI 49512


IMEDX
PO BOX 28174
NEW YORK, NY 10087


IMMUCOR INC
2990 GATEWAY DR SUITE 400
NORCROSS, GA 30071


IMPACT INSTRUMENTATIONS INC.
27 FAIRFIELD PLACE
WEST CALDWELL, NJ 07006


INDIGENT HEALTHCARE SOLUTIONS
PO BOX 190610
NASHVILLE, TN 37219


INGENIX INC
PO BOX 88050
CHICAGO, IL 606801050

INNOVATIVE X-RAY SERVICES
PO BOX 1504
FRIENDSWOOD, TX 77546


INTEGRATED MEDICAL SYSTEMS
PO BOX 2725
COLUMBUS, GA 319022725


INTERINSURANCE EXHANGE
OF THE AUTOMOBILE CLUB
PO BOX 1488
PORTLAND, ME 041041488


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


INTERSTATE BATTERY
5210 JOHN STOCKBAUER
VICTORIA, TX 77904


J&M PRINTING
813 ALABAMA STREET
WHARTON, TX 77488


Jackson, Carol


Janak, Joy


Janke, Julie C.

JENNINGS & COMPANY
PO BOX 6696
CORPUS CHRISTI, TX 78466


JOHNSON&JOHNSON HEALTH CARE
PO BOX 406663
ATLANTA, GA 30384


JOINT COMMISSION RESOURCE
16353 COLLECTIONS CENTER
CHICAGO, IL 60693


K&R LANDSCAPING
2123 FM 1299
WHARTON, TX 77488


Kalina, Melissa B.


KATIE ONDRIAS SPL NEEDS
SUPPLEMENTAL TRUST
PO BOX 23
WHARTON, TX 77488


KCI USA INC
12930 INTERSTATE 10W
SAN ANTONIO, TX 78249


KERMA MEDICAL PROCUCTS
215 SUBURBAN DRIVE
SUFFOLK, VA 23434


KILBOURNE & KILBOURNE
83 PRINCETON AVE
HOPEWELL, NJ 078525

KIPP AND CHRISTIAN, P.C.
10 EXCHANGE PLACE, 4TH FLOOR
SALT LAKE CITY, UT 84111


Kirkland, Veronica L.


Kocian, Leroy A.


Kolar, Henrietta M.


KRONOS INC
PO BOX 845748
BOSTON, MA 022845748


LABORATORY CORP OF AMERICA
PO BOX 12140
231 MAPLE AVE
BURLINGTON, NC 272162140


Laitkep, Katie M.


LAND&WHEEL INSTANT SUPPLY
7811 N 86 ST
MILWAUKEE, WI 53224


LANDAUER INC
PO BOX 809051
CHICAGO, IL 606809051

LANGUAGE LINE SERVICES
PO BOX 202564
DALLAS, TX 753202564


LEGAL SHIELD
PO BOX 2629
ADA, OK 74821


LETSOS COMPANY
PO BOX 36927
HOUSTON, TX 772366927


LIPPINCOTT WILLIAMS & WILKINS
PO BOX 1610
HAGERSTOWN, MD 217411610


LOFLIN ENVIRONMENTAL SVC, INC.
2020 MONTROSE BLVD.
SUITE 100
HOUSTON, TX 77006


LONE STAR EXTREMITIES, LLC
1833 ROSALIE STREET
HOUSTON, TX 77004


MAQUET MEDICAL SYSTEMS USA
40 CONTINENTAL BLVD
MERRIMACK, NH 03054


MARKETLAB INC
ATTN:ACCOUNTING
6850 Southbelt Dr
Caledonia, MI 49316


MATAGORDA REGIONAL HOSPITAL
104 7TH STREET
BAY CITY, TX 77414

```
MATTHEW BENDER CO INC
PO BOX 7247 0178
PHILADELPHIA, PA 19170


MCKESSON MEDICAL SURGICA
8741 LANDMARK RD
RICHMOND, VA 23228


MCKESSON TECHNOLOGIES INC.
22423 NETWORK PLACE
CHICAGO, IL 606731224


MD ANDERSON CANCER CENTE
PO BOX 4390
HOUSTON, TX 772104390


MED ASSETS NET REVENUE S
PO BOX 405652
ATLANTA, GA 30384


MEDICAL DATA SYSTEMS IN
2001 9TH AVE
SUITE 312
VERO BEACH, FL 32960


MEDICAL INTERNATIONAL
2800 SHERWOOD LANE
COLLEYVILLE, TX 76034


MEDICAL THIRD PARTY
1014 E HARRISON
HARLINGEN, TX 78550


MEDLINE
DEPT 1080
PO BOX 121080
DALLAS, TX 753121080
```

```
MEDTRONIC USA SURGICAL T
PO BOX 848086
DALLAS, TX 752848086


MEDTRONIC XOMED INC
PO BOX 848086
DALLAS, TX 752848086


MEMORIAL HERMANN MEDICAL GRP
909 FROSTWOOD, SUITE 1.100
HOUSTON, TX 77024


MENTAL HEALTH AMERICA
OF FORT BEND COUNTY
10435 GREENBOUGH DR.
SUITE 200
STAFFORD, TX 77477

MERRY X RAY MXR
3615 WILLOWBEND
STE 400
HOUSTON, TX 77054


Monroe, Jennifer



Montello, Nancy S.



MORRISON MANAGEMENT SPEC
PO BOX 102289
ATLANTA, GA 30368


MSC 30225
PO BOX 415000
NASHVILLE, TN 37241
```

NATIONAL BUGMOBILES
PO BOX 3433
VICTORIA, TX 77903


NATIONAL EVERYTHING WHOLESALE
2511 S. 156TH CIRCLE
OMAHA, NE 68130


NATIONAL UNION FIRE INS CO OF
PO BOX 35657
NEWARK, NJ 071935657


NATUS NEUROLOGICAL INC
88059 EXPEDITE WAY
CHICAGO, IL 606950001


NAVEX GLOBAL INC
PO BOX 60941
CHARLOTTE, NC 282600941


Ndikum, Ivo


NEPHROPATHOLOGY ASSOC,PLC
10810 EXECUTIVE CTR DR
SUITE 100
LITTLE ROCK, AR 722114386


NETECH
110 TOLEDO STREET
FARMINGDALE, NY 11735


NEW WAVE PRESSURE WASHING
PO BOX 3175
CANYON LAKE, TX 78133

```
NEWWAVE COMMUNICATION
PO BOX 628
EL CAMPO, TX 77437


NORIX GROUP INC
1800 W. Hawthorne Lane, Suite N
WEST CHICAGO, IL 60185


NORTHWEST SYSTEMS INC
29603 TUDOR WAY
MAGNOLIA, TX 77355


OLYMPUS AMERICA INC
DEPT 0600
PO BOX 120600
DALLAS, TX 753120600


OPTIMUM OUTCOMES
4524 SOUTHLAKE PKWY
STE 15
HOOVER, AL 35244


OPTUM360 LLC
3436 MOMENTUM PLACE
CHICAGO, IL 606895334


ORTHO CLINICAL DIAGNOSTI
6000 FELDWOOD ROAD
ATTN: PO BOX 406663
COLLEGE PARK, GA 30349


Ortiz, Laura


OZARK BIOMEDICAL
1001 COMMERCE PLACE
BEEBE, AR 72012
```

Pacifica of the Valley
d/b/a Pacifica Hospital of the Valley
9449 San Fernando Road
Sun Valley, CA 91352


PATRICK KUBALA TAX A C
PO BOX 189
WHARTON, TX 77488


PATTERSON MEDICAL
PO BOX 93040
CHICAGO, IL 606733040


Paul R. Tuft
4400 North Scottsdale Road
Suite 9347
Scottsdale, AZ 85251


PENNINGTON AND ASSOCIATES, INC
14300 60TH STREET NORTH
CLEARWATER, FL 33760


PERIMED INC
44 W LANCASTER AVE
SUITE 220
ARDMORE, PA 441333025


PHARMEDIUM SERVICES LLC
39797 TREASURY CENTER
CHICAGE, IL 606943900


PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 303840355


Phillips, Keisha D.

PHYSICIANS RECORD COMPAN
3000 S RIDGELAND AVE
BERWIN, IL 60402


PICIS, INC
100 QUANNAPOWITT PARKWAY
SUITE 405
WAKEFIELD, MA 01880


PITNEY BOWES INC
PO BOX 371896
PITTSBURGH, PA 152507896


PRAXAIR DISTRIBUTION INC
PO BOX 120812
DALLAS, TX 753120812


PRECHECK, INC
PO BOX 840031
DALLAS, TX 752840031


PRECISION DYNAMICS CORP(PDC)
4193 SOLUTIONS CENTER
LOCKBOX NO.774193
CHICAGO, IL 606774001


PRESS GANEY ASSOC INC
PO BOX 88335
MILWAUKEE, WI 532880335


PROMETHEUS LABORATORIES
PO BOX 7738
SAN FRANCISCO, CA 94120


PROWESS
1844 CLAYTON ROAD
CONCORD, CA 94520

```
PSS WORLD MEDICAL, INC.
PSS LOCKBOX#846260
1950 N STEMMONS FWY
SUITE 5010
DALLAS, TX 75207


PSYCHIATRIC SOLUTIONS PC
ATTN: ASHOK JAIN, MD
1201 CREEKWAY DRIVE, SUITE C
SUGARLAND, TX 77478


QIAGEN INC.
P.O. BOX 5132
CAROL STREAM, IL 601975132


QUALITY CARE REHAB (AKA TMC)
8477 S. SUNCOAST BLVD
HOMOSASSA, FL 34446


Quintero, Theresa A.


RADIATION PRODUCTS DESIG
5218 BARTHEL INDUSTRIAL
ALBERTVILLE, MN 55301


RADIO SHACK
TEC TRONIC
423 E BOLING HWY
WHARTON, TX 77488


RADIOMETER AMERICA INC
13217 COLLECTIONS CENTER
CHICAGO, IL 60693


RADPARTNERS HOUSTON
7600 W TIDWELL
SUITE 103
HOUSTON, TX 770405719
```

```
REESE BAKER
CPSI NATIONAL USER GROUP
C/O CRITTENDEN HEALTH SYSTEMS
520 WEST GUM STREET
MARION, KY 42064

RELIANT
DEPT 0954
PO BOX 120954
DALLAS, TX 753120954

RELIANT BUSINESS PRODUCTS,INC
10641 HADDINGTON DR #100
HOUSTON, TX 77043

RELIQ GULF COAST LLC
11111 SANTA MONICA BLVD
SUITE 500
LOS ANGELES, CA 90025

RENAL TREATMENT CENTERS-SE,LP
PO BOX 781607
PHILADELPHIA, PA 191781607

RESMED CORP
LOCK BOX 534593
ATLANTA, GA 303530737

RICOH USA INC
GE-IOS CAPITAL
LOCKBOX 650016
2975 REGENT BOULEVARD
IRVING, TX 75063

RICOH USA INC
PO BOX 660342
DALLAS, TX 752660342

RITE RESPONSE ANSWERING
730 NORTH LOOP
HOUSTON, TX 77009
```

RNCP OF WHARTON LTD
101 W GOODWIN AVE
SUITE 600
VICTORIA, TX 77901


ROBERSON AC & REFRIGERATION
200 E MILAM ST.
WHARTON, TX 77488


ROBERT B. PRITCHETT
PREMIER IMAGING INC
15825 FIRST STREET
CHANNELVIEW, TX 77530


ROCHE DIAGNOSTICS CORP
LOCKBOX #5021
1010 W. MOCKINGBIRD LN.
DALLAS, TX 75247


Rodriguez, Martha


Rodriguez, Susie G.


ROUSE HENDRICKS GERMAN MAY PC
1201 WALNUT, SUITE 2000
KANSAS CITY, MO 64106


SALMAN S. ALY, MD
CAPITAL INTERNAL MEDICINE ASSOC.PA
1201 CREEKWAY DRIVE, SUITE B
SUGARLAND, TX 77478


Sanchez, Jessica Deann

SANDLIN BROADCASTING CO
PO BOX 789
BAY CITY, TX 77404


SANOFI PASTEUR INC.
12458 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


SCOTT EQUIPMENT INC
5612 MITCHELDALE
HOUSTON, TX 77092


See attached Ex Scehdule G


SETTRAC
1111 NORTH LOOP WEST
160
HOUSTON, TX 77008


SHAMROCK SCIENTIFIC SPEC
34 DAVIS DRIVE
BELLWOOD, IL 60104


SHARE
C/O  SHERIE STELZEL
PO BOX 101
WHARTON, TX 77488


SHERWIN WILLIAMS COMPANY
211 E BOLING HWY
WHARTON, TX 77488


SHIRE REGENERATIVE MEDIC
SRM RECEIVABLE ACCOUNT
DEPT 3292
CAROL STREAM, IL 601323292

```
SIEMENS HEALTHCARE DIAGN
PO BOX 121102
DALLAS, TX 753121102


Silva, Lisa Ann



SMALL BONE INNOVATIONS,INC.
1380 S.PENNSYLVANIA AVE.
MORRISVILLE, PA 19067


SMITH&NEPHEW
PO BOX 60333
CHARLOTTE, NC 28260033


SMITHS MEDICAL ASD INC
PO BOX 72477784
PHILADELPHIA, PA 191707784


SOUTH TEXAS OIL DISTRI
PO BOX 169
EL CAMPO, TX 77437


SOUTHWASTE DISPOSAL
PO BOX 53988
LAFAYETTE, LA 705053988


Southwest Health Care Services, LLC
4400 N. Scottsdale Rd.
Scottsdale, AZ 85251


SPBS LUBBOCK
4315 IRONTON AVE
LUBBOCK, TX 79407
```

```
SPECTRACORP
8131 LBJ FREEWAY
SUITE 360
DALLAS, TX 75251


SPIRIT MASTER FUNDING IX, LLC
Spirit Realty Capital Lockbox 2860
C/O BANK OF OKLAHOMA
6242 East 41st Street
TULSA, OK 74135

SPOK, INC.
PO BOX 660324
DALLAS, TX 752660324


SPOT
PO BOX 584
WHARTON, TX 77488


SPRINT
PO BOX 8077
LONDON, KY 40742


SRG SERVICES INC
311 JULIE RIVERS DR
SUGARLAND, TX 77498


ST. CHRISTINA'S EMS
PO BOX 1238
WHARTON, TX 77488


STANDARD REGISTER CO
TAYLOR CORPORATION
600 ALBANY STREET
DAYTON, OH 45417


STANDARD TEXTILE
ONE KNOLLCREST DRIVE
CINCINNATI, OH 45237
```

STEPHEN J. RINGEL MD, PA
4005 BUSINESS PARK DR.
AMARILLO, TX 79110


Stepro, Raymond



STERIS CORP
PNC BANK-STERIS CORP
FIRST SIDE CENTER
ATTN LOCKBOX 644063
PITTSBURGH, PA 15219

STEWART&STEVENSON SVCS
PO BOX 301063
DALLAS, TX 753031063



STRATOS LEGAL RECORDS, LLC
4299 SAN FELIPE
SUITE 350
HOUSTON, TX 77027


STRECK LABORATORIES INC
7002 SOUTH 109TH STREET
ATTN: ACCOUNTS RECEIVABLE
OMAHA, NE 68128


STRYKER INSTRUMENTS
PO BOX 70119
CHICAGO, IL 60673



STRYKER MEDICAL
PO BOX 93308
CHICAGO, IL 606733308



SUNTRAC SERVICES
1818 E MAIN ST
LEAGUE CITY, TX 77573

SURVEYMONKEYCOM LLC
CO BANK OF AMERICA LOCKBOX
15765 C OLLECTIONS CENTER
CHICAGO, IL 606936


SWEETWATER PULMONARY&SLEEP DIS
SHAHID MALLICK, M.D.
3511 TOWN CENTER BLVD, STE 102
SUGAR LAND, TX 774791464


SYNTHES USA SALES LLC
PO BOX 8538662
PHILADELPHIA, PA 19171


SYSMEX AMERICA INC
39923 TREASURY CENTER
CHICAGO, IL 606949900


T SYSTEM INC
DEPT 2537
PO BOX 122537
DALLAS, TX 75312


TACY MEDICAL
PO BOX 15807
FERMANDINA BEACH, FL 320353114


Teets, Rhonda A.


TELEPACIFIC
PO BOX 123123
DEPARTMENT 3123
DALLAS, TX 753123123


TEXAS DEPT OF STATE HEALTH SVC
LOCKBOX-RADIOACTIVE MATERIALS
PO BOX 12190
AUSTIN, TX 787112190

```
TEXAS HOSPITAL ASSOC
PO BOX 95353
GRAPEVINE, TX 76099


TEXAS WORKFORCE COMMISSION
PO BOX 149363
AUSTIN, TX 787149363


THERACOM LLC
PO BOX 640105
CINCINNATI, OH 45264


THYSSENKRUPP ELEVATOR CO
PO BOX 933004
ATLANTA, GA 311933004


TOSHIBA AMERICA MEDICAL
PO BOX 91605
CHICAGO, IL 60693


TRACELOGIX CORPORATION
3605 KNIGHT RD, SUITE 101
MEMPHIS, TN 38118


TRUVEN HEALTH ANALYTICS
39353 TREASURY CENTER
CHICAGO, IL 60694


TTR SHIPPING
1000 CAMPUS DRIVE
SUITE 300
ATTN: JOSH TAYLOR
STOW, OH 44224

TURBIN YELLOW JACKET PARTNERS
1127 PALMER PLACE
RICHMOND, TX 77406
```

```
UMR
NORTHERN TRUST BANK
350 NORTH ORLEANS ST. SUITE 1454
RECEIPT & DISPATCH, 8TH FLOOR
CHICAGO, IL 60654

UMR
LOCKBOX NUMBER 10822
4701 W SCHROEDER DR.
MILWAUKEE, WI 53223


UNITED HEALTHCARE
JOHNSON & ROUNDTREE PREMIUM
6160 LUSH BLVD. STE C203
SAN DIEGO, CA 92121


US ENDOSCOPY
5976 HEISLEY ROAD
MENTOR, OH 44060


US FOODS, INC.
BOX 840396
DALLAS, TX 752840396


Vestal, John M.




Villereal, Leticia A.




VISION SERVICE PLAN
PO BOX 742788
LOS ANGELES, CA 90074


VITAL CARE REPS INC
18470 THOMPSON COURT
SUITE 1 B
TINLEY PARK, IL 60477
```

VITAL SIGNS INC NJ
PO BOX 402431
ATLANTA, GA 303842431


WADLER PERCHES HUNDL & KERLICK
101 W BURLESON
WHARTON, TX 77488


WAGNER SAENZ DORITY, LLP
3700 BUFFALO SPEEDWAY
SUITE 610
HOUSTON, TX 77098


Wallace, Karen Elizabeth



WHARTON ATHLETIC BOOSTER CLUB
PO BOX 63
WHARTON, TX 77488


WHARTON COUNTY SHERIFF'S ASSOC
P. O. BOX 726
WHARTON, TX 77488


WHARTON COUNTY YOUTH FAI
PO BOX 167
GLEN FLORA, TX 77433


WINNING WAY SERVICES
PO BOX 750953
HOUSTON, TX 77275


WOMACK MACHINE SUPPLY CO
PO BOX 3197
CAROL STREAM, IL 60132

WOODS & AITKEN LLP
301 S.13TH STREET, SUITE 500
LINCOLN, NE 68508


WRIGHT MEDICAL TECHNOLOG
PO BOX 503482
ST LOUIS, MO 631503482


YALE GROUP
25 ORVILLE DR STE 100
BOHEMIA, NY 117162510


Yen, Yee-Sang



ZIMMER US INC
PO BOX 840166
DALLAS, TX 752840166