**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **GCMC OF WHARTON COUNTY** | § | **Case No. 16-60109-7** |
| **TEXAS, LLC** | § | |
| | § | |
| **Debtor.** | § | **(Chapter 7)** |
| | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY**
**RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES**
**PURSUANT TO BANKRUPTCY RULE 2002**
**AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Reliq Gulf Coast, LLC, a party in interest in the above-captioned bankruptcy case,

request that all notices given or required to be given and all papers served or required to

be served by U. S. Mail **and** by email in the above-captioned case be given to and served

upon:

> Aaron J. Power
> Porter Hedges LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 226-6231 (fax)
> apower@porterhedges.com

This request encompasses all notices, copies and pleadings referred to in section

1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the

Bankruptcy Rules of Procedure, including, without limitation, notices of any orders,

motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure

statements, requests, or applications, and any other documents brought before this Court

in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of Reliq Gulf Coast, LLC (i) to have final orders in noncore matters only after *de novo* review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Reliq Gulf Coast, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 29th day of November 2016.

PORTER HEDGES LLP

/s/  Aaron J. Power
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone:713-226-6000
Facsimile: 713-226-6231
APower@porterhedges.com

**Attorneys for Reliq Gulf Coast, LLC**

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November 29, 2016.

/s/  Aaron J. Power
Aaron J. Power