**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **GCMC OF WHARTON COUNTY** | § | **CASE NO. 16-60109-7** |
| **TEXAS, LLC, D/B/A GULF COAST** | § | |
| **MEDICAL CENTER,** | § | **(CHAPTER 11)** |
| | § | |
| **DEBTOR.** | | |

**DEBTOR'S EXPEDITED MOTION (I) TO MODIFY NOTICING REQUIREMENTS, (II)
EXTEND THE TIME TO FILE SUPPLEMENTAL MAILING MATRIX, AND (III)
EXTEND THE TIME TO FILE A SUPPLEMENTAL SCHEDULE "F" LISTING
PATIENTS WITH CLAIMS AGAINST THE ESTATE**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

EXPEDITED RELIEF HAS BEEN REQUESTED.  IF THE COURT CONSIDERS THE MOTION ON AN EXPEDITED BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

THE MOVANT REQUESTS CONSIDERATION OF THE MOTION NO LATER THAN DECEMBER 15, 2016.

TO:     THE HONORABLE DAVID R. JONES,
        UNITED STATES CHIEF BANKRUPTCY JUDGE

GCMC of Wharton County Texas, LLC, d/b/a Gulf Coast Medical Center, the debtor in the above-captioned chapter 7 case ("GCMC" or the "Debtor"), hereby files the *Debtor's Expedited Motion (i) to Modify Noticing Requirements, (ii) Extend the Time to File Supplemental Mailing Matrix, and (iii) Extend the Time to File Supplemental Schedule "F" Listing Patients with Claims Against the Estate* (the "Motion"), and in support thereof would respectfully submit as follows:

## I.  JURISDICTION, VENUE, AND STATUTORY PROCEDURE

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue of the Debtor's chapter 7 case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicate for the relief sought in this Motion is section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and Rules 1007 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II.  CORE PROCEEDING

4.      This is a core proceeding under 28 USC § 157(b)(2)(A).  Since this is a core proceeding, the Bankruptcy Court has constitutional authority to enter final orders regarding the Motion.  Further, to the extent that the Bankruptcy Court determines that it does not have authority to enter a final order on a portion of or all of the Motion, the Debtor requests that the Bankruptcy Court issue a report and recommendation for a final order to the United States District Court for the Southern District of Texas, Victoria Division.

### III.  PROCEDURAL STATUS

5.      On November 21, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

6.      Also on November 21, 2016, Ronald J. Sommers was appointed the chapter 7 trustee (the "Trustee") for GCMC's bankruptcy estate.   A patient care ombudsman ("Ombudsman") has not been appointed.

7.      The Debtor's statutory first meeting of creditors has been scheduled for January 11, 2017 (the "341 Meeting").

### IV.  FACTUAL BACKGROUND

8.      Prior to the Petition Date, GCMC operated a healthcare business, which consisted of, among other things, a hospital, emergency room, and medical offices all located in Wharton County Texas (collectively the "Facilities").

9.      On November 15, 2016, GCMC ceased treating patients at its Facilities and the hospital and emergency room were permanently closed.  Prior to closing, thousands of patients were treated at the Facilities.

10.      GCMC's accounting records indicate that many of its patients potentially have credit balances on their accounts (the "Creditor Patients").[1]   There are approximately four hundred (400) Creditor Patients with account balances ranging between seven dollars ($7.00) and thirty thousand dollars ($30,000.00).  However, the median balance is one hundred and fifty-three dollars ($153.00).

---

[1]  At this time, the Debtor is uncertain as to whether the credit balances are subject to subrogation rights of the patients' insurance providers.

## V.  RELIEF REQUESTED

11.     Through the Motion, the Debtor seeks the entry of an order modifying the notice, matrix, and scheduling requirements as they pertain to the Debtor's patients.  More specifically, the Debtor seeks to establish limited notice procedures and to establish procedures for the filing of supplements to certain of its schedules and the creditor matrix due to (i) patient privacy concerns and (ii) the risk of violating other law.  For the reasons more fully described below, the Debtor believes the requested relief is appropriate under the circumstances and should be granted.

## VI.  BASIS FOR REQUESTED RELIEF

### A.  BANKRUPTCY SCHEDULES AND MAILING MATRIX

12.     Pursuant to Bankruptcy Rule 1007(a), a debtor is required to file a list (the "Mailing Matrix") containing the name and address of each entity included or to be included in its Schedules (defined below) with its bankruptcy petition.  In addition, pursuant to Bankruptcy Rule 1007(c), a debtor is required to file its schedules of assets and liabilities (the "Schedules") within fourteen (14) days after the filing of its bankruptcy petition.

13.     As described above, the Debtor has provided healthcare services to thousands of patients (the "Patients") at its Facilities.   However, as described above, the Creditor Patients hold actual or contingent claims against the Debtor's estate.  Thus, the Creditor Patients constitute "creditors" of the estate, and are entitled to notice of the Debtor's bankruptcy filings and an opportunity to participate therein.  As noted above, the Debtor is therefore obligated under the Bankruptcy Rules to list Creditor Patients on the Debtor's Schedules and on its Mailing Matrix.

4

14.     Certain privacy and other concerns regarding the patients prevent the Debtor from filing any list with the Court that contains the names and addresses of the Patients. *See* 11 U.S.C. § 107(a) (providing that documents filed with the Bankruptcy Court are public records). The Debtor falls within the meaning of the term "health care provider," as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Under HIPAA, patient records relating to the payment of health care provided to an individual are subject to strict confidentiality requirements. *See generally,* 45 C.F.R. §§ 160 and 164. As a result, the Debtor believes that it is restricted by law in its ability to list the Creditor Patients in its Schedules and Mailing Matrix.

15.     The Bankruptcy Rules provide exceptions to Rule 1007, as well as to the other notice requirements set forth in the Bankruptcy Rules. For example, Bankruptcy Rule 9006 authorizes a court to enlarge the time designated by Bankruptcy Rule 1007 in which a debtor is required to file its schedules of assets and liabilities and any list of creditors. Further, Bankruptcy Rule 2002(m) provides that a court may "enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Finally, this Court has authority pursuant to Bankruptcy Code section 105(a) to "issue any order, process, or judgment that is necessary or appropriate to carry out the provision of this title."

16.     The Debtor proposes to delay the filing of its supplemental Schedule F and supplemental Mailing Matrix as to the Creditor Patients for a period of thirty (30) days from the entry of an order approving the relief requested in this Motion. The Debtor further proposes that when it files its supplemental Schedule F and supplemental Mailing Matrix, the descriptive information as to the Creditor Patients will be filed under seal. The requested extension of

5

time is necessary and warranted under the circumstance and will serve to maintain Patient privacy.

17.     The Debtor has not previously requested an extension of time to file its Schedule "F" or Mailing Matrix.  The Debtor has not previously requested to file the names of the Creditor Patients under seal.  Moreover, neither request is made in an effort to delay or escape the fulfillment of the Debtor's duties under the Bankruptcy Code, but instead to protect the privacy rights of the Creditor Patients.

### B.  PATIENT NOTICING PROCEDURES

18.     Through the Motion, the Debtor also seeks to establish limited notice procedures with respect to the Creditor Patients.  More specifically, the Debtor requests that the Court approve the *Notice to Former Patients Wishing to be Included on Service List for Notice of Proceedings* (the "Patient Notice") in substantially the same form as attached hereto as Exhibit "A".  The Patient Notice serves three (3) purposes.  First, the Patient Notice informs the Creditor Patients of the Bankruptcy Case.  Second the Patient Notice, advises the Creditor Patients that although their name, address, and amounts owed to them will be scheduled, that such schedule will be filed with the Bankruptcy Court under seal in order to protect the Creditor Patients' privacy, and that no health related information will be disclosed in the schedules.  Finally, the Patient Notice advises the Creditor Patients that if they wish to receive any further notices of proceedings beyond the Patient Notice, that they will be required to send a request to the Trustee to be added to the service list for the Bankruptcy Case and stating that such request may impact their HIPAA rights.

19.     The Debtor requests that the Court approve its plan to mail the Patient Notice to all Creditor Patients.  The Debtor will mail the Patient Notice with a copy of the notice of the

6

commencement of the Bankruptcy Case from the bankruptcy clerk (Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline appearing at Docket No. 15) within fifteen (15) days of an order granting the relief requested herein.

## VII.  EXPEDITED CONSIDERATION

20.     The Debtor seeks expedited consideration of the Motion no later than December 15, 2016.  Expedited consideration is requested so that there will be adequate time to ensure the Creditor Patients receive timely notice of both the case and the 341 Meeting.

21.     The 341 Meeting has been scheduled on January 11, 2016.  The negative notice period for the Motion will not run until approximately December 22, 2016.  Given the proximity of the end of the negative notice period with the holiday season, the Debtor is concerned that there could be significant delays, including, but not limited to: (i) restrictions on the Court's calendar; (ii) the potential for slow mail delivery due to the holiday season; and (iii) delayed receipt of notice due to the holiday travel schedules of the Creditor Patients.  Any such delays could result in the Creditor Patients receiving the Patient Notice so close to the date of the 341 Meeting that they could be precluded from participating.

22.     Moreover, the Debtor will need adequate time to prepare for and effectuate service of the Patient Notice given the large number of Creditor Patients.  For these reasons, expedited consideration of the Motion is necessary and proper.  Thus, expedited consideration of the Motion is requested no later than December 15, 2016.

## VIII.  CONCLUSION

23.     For the reasons set forth above, the Debtor respectfully requests that the Court enter an order granting the relief requested in the Motion and granting the Debtor all such other and further relief, both at law and in equity to which it may justly be entitled.

7

DATED:  December 1, 2016.

Respectfully submitted,

**HUGHES WATTERS ASKANASE, L.L.P.**


By:   _/s/ Timothy A. Million_
        Randall A. Rios
        Texas Bar No. 16935865
        Steven Shurn
        Texas Bar No. 24013507
        Timothy A. Million
        Texas Bar No. 24051055
        Total Plaza
        1201 Louisiana Street, 28th Floor
        Houston, Texas  77002
        Telephone: (713) –759-0818
        Facsimile: (713) -759-6834
        Email:  rrios@hwa.com
                sshurn@hwa.com
                tmillion@hwa.com

**ATTORNEYS FOR THE DEBTOR**

8

## <u>CERTIFICATE OF CONFERENCE</u>

On November 29, 2016, undersigned counsel discussed the relief requested in the *Debtor's Expedited Motion (i) to Modify Noticing Requirements, (ii) Extend the Time to File Supplemental Mailing Matrix, and (iii) Extend the Time to File a Supplemental Schedule "F" Listing Patients with Claims Against the Estate* with Ronald J. Sommers, the chapter 7 trustee. The trustee is supportive of the proposed notice procedures and in favor of the requested relief.

    */s/ Timothy A. Million*
Timothy A. Million

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this the 1st day of December, 2016, a true and correct copy of the *Debtor's Expedited Motion (i) to Modify Noticing Requirements, (ii) Extend the Time to File Supplemental Mailing Matrix, and (iii) Extend the Time to File a Supplemental Schedule "F" Listing Patients with Claims Against the Estate* was served either via the Court's electronic noticing system or United States first class prepared mail, on the parties set forth on the attached service list.

    */s/ Timothy A. Million*
Timothy A. Million

2987553_4

1 DOC WAY
ATTN:SAMIR MALIK
447 BROADWAY, FLOOR 2
NEW YORK, NY 10013

AESYNT, INC.
PO BOX 787521
PHILADELPHIA, PA 191787521

AMERICAN ASSOC OF NOTATI
PO BOX 63061
HOUSTON, TX 77263


3M HEALTHCARE INFORMATIO
575 W MURRAY BLVD
MURRAY, UT 84123

AGFA HEALTHCARE CORP
LOCKBOX 6204
1615 BRETT ROAD
NEW CASTLE, DE 197202425

AMERICAN HOSPITAL ASSOCI
PO BOX 933283
ATLANTA, GA 311933283


4IMPRINT INC
101 COMMERCE ST
OSHKOSH, WI 54901

AHC MEDIA LLC
PO BOX 550869
ATLANTA, GA 303553369

AMERICAN PROFICIENCY INSTITUTE
DEPARTMENT 9526
PO BOX 30516
LANSING, MI 489098016


826 PRAXAIR DISTRIBUTION
DEPT CH 10660
PALATINE, IL 60055

AHCV
401 W. 15TH STREET
SUITE 840
AUSTIN, TX 78701

AMPRONIX INC
15 WHATNEY
IRVINE, CA 92618


AAF INTERNATIONAL
24828 NETWORK PLACE
CHICAGO, IL 606731248

AHRA
490 B BOSTON POST ROAD
STE 200
SUDBURY, MA 01776

AMVEX CORP
25B EAST PEARCE STREET
RICHMOND HILL, TX 77437


ABM HEALTH LLC
325 HOPPING BROOK RD
HOLLISTON, MA 01746

AIG
NATIONAL UNION FIRE INS CO OF
PITTSBURG,
PO BOX 35657
NEWARK, NJ 071935657

APPLETON MEDICAL SERVICE
PO BOX 955
SAINT CHARLES, MO 633020955


ACCENT
PO BOX 952366
ST. LOUIS, MO 631952366

ALCON LABORATORIES INC
PO BOX 677775
DALLAS, TX 752677775

APPLIED MEDICAL
C/O First Data USA 8430
West Bryn Mawr Ave, 3rd Floor
Chicago, IL 60631


ACME SAFE& LOCK SERVICE
1006 WEST 34TH STREET
HOUSTON, TX 77018

ALLEN MEDICAL SYSTEMS IN
1 POST OFFICE BOX SQUARE
ACTON, MA 17206725

APREA GROUP
1918 GOSTER LEAF LANE
RICHMOND, TX 77406


ADVANCE MEDICAL DESIGNS
1241 ATLANTA INDUSTRIAL DRIVE
MARIETTA, GA 30066

ALLIANCE AMBULANCE, INC.
6214 SAXON
HOUSTON, TX 77092

AQUA ZYME SERVICES INC
PO BOX 800
VAN VLECK, TX 77482


ADVANCED STERILIZATION
PO BOX 406663
ATLANTA, GA 30384

ALPHA CARD SYSTEMS
PO BOX 231179
PORTLAND, OR 97281

ARJOHUNTLEIGH INC
PO BOX 844746
DALLAS, TX 75284

ARROW INTERNATIONAL INC
PO BOX 8500 S 9060
PHILADELPHIA, PA 191789060

BACKFLOW TESTING & REPAIR, LLC
P.O. BOX 729
WEST COLUMBIA, TX 77486

BEAVER VISITEC INTERNATI
PO BOX 842837
BOSTON, MA 022842837


ARTHROCARE CORP
PO BOX 844161
DALLAS, TX 752844161

Ballejo, Angie

Bedynek, Michael John


ASD HEALTHCARE INC
PO BOX 848104
DALLAS, TX 752848104

BARD PERIPHERAL VASCULAR
WACHOVIA BANK
DIVISION OF WELLS FARGO, NA
1525 WEST WT HARRIS BLVD
CHARLOTTE, NC 28262

BEEKLEY CORP
ONE PRESTIGE LANE
BRISTOL, CT 6010


ASHP
PAYMENT CENTER
PO BOX 17693
BALTIMORE, MD 21297

Bartek, Carol E.

BILLING ADVANTAGE, INC.
58 CONCORD ST.
NORTH READING, MA 01864


ASSOCIATED PRECISION LABS INC
2336 N INTERSTATE DRIVE
NORMAN, OK 73072

Bauman, Deborah

BIO RAD LABORATORIES INC
DEPT 9740
LOS ANGELES, CA 900849740


AT&T
PO BOX 5019
CAROL STREAM, IL 60197

BAUSCH&LAMB INC SURGICAL
4395 COLLECTIONS CENTER
CHICAGO, IL 60693

BIONOMICS, INC.
PO BOX 817
KINGSTON, TN 37763


AT&T
PO BOX 5001
CAROL STREAM, IL 60197

BAXTER HEALTHCARE MED DE
PO BOX 70564
CHICAGO, IL 606730564

BME
14785 OMICRON DRIVE
SUITE 205
SAN ANTONIO, TX 782453223


AT&T
PO BOX 5095
CAROL STREAM, IL 60197

BAYER HEALTHCARE
PO BOX 360172
PITTSBURGH, PA 152516172

Bonds, Dianne


AT&T MOBILITY NATIONAL A
PO BOX 6463
CAROL STREAM, IL 601976463

BAYLOR PATHOLOGY (MED DIR)
BAYLOR COLLEGE OF MEDICINE
DEPARTMENT OF PATHOLOGY
ATTN: TAMMY AKIF
HOUSTON, TX 77030

BOSTON SCIENTIFIC CORP
ATTN: MICROVASIVE DIVISION
PO BOX 951653
DALLAS, TX 753951653


ATD AUSTIN
PO BOX 92052
AUSTIN, TX 78709

BAYLOR PATHOLOGY CONSULTANTS
PO BOX 4698
HOUSTON, TX 772104698

Bothe, Cherrie

Boullion, Stephanie R.

CAREFUSION 2200
VMUELLER
25146 NETWORK PLACE
CHICAGO, IL 606731250

CIRCLE L DIGITAL MEDIA
PO BOX 588
EL CAMPO, TX 77437


Brand, Laura L.

CAREFUSION 303, INC.
CAREFUSION SOLUTIONS, LLC
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

Cisneros, Herminia M.


CANNELL AIR CONDITIONING
PO BOX 1238
EL CAMPO, TX 77437

Carman, Phillip A.

CITY OF WHARTON
120 E CANEY
WHARTON, TX 77488


CANTRELL DRUG COMPANY
7321 CANTRELL ROAD
LITTLE ROCK, AR 72207

CARSTENS INC
PO BOX 99110
CHICAGO, IL 606930000

CITY OF WHARTON EMS
CO PRUDENTIA
241 W MILAM ST
WHARTON, TX 77488


CAPITAL FLAG
4822 FANNIN ST
HOUSTON, TX 77004

CENTERPOINT ENERGY SVCS INC
1111 LOUISIANA STREET
FLOOR #20
HOUSTON, TX 770025248

CITY WIDE STORAGE
808 N RICHMOND RD
WHARTON, TX 77488


CAPITAL INFECTIOS DISEASE
SARFRAZ ALY, M.D.
1201 CREEKWAY DRIVE, SUITE B
SUGARLAND, TX 77478

CENTRIGRADE SERVICES

CLIFTON D THOMASON AIA
6750 WEST LOOP S
STE 510
BELLAIRE, TX 77401


CAPITAL INVENTORY INC
PO BOX 1081
WOODSTOCK, GA 30188

CHANNELFORD ASSOCIATES
5853 GREENVIEW ROAD
CALABASAS, CA 91302

CMS (PAY.GOV)


CARDINAL HEALTH
PO BOX 847370
DALLAS, TX 753847370

Chapman, Nancy

COLLEGE OF AMERICAN PATH
PO BOX 71698
CHICAGO, IL 606941698


CARDINAL HEALTH 414 LLC
PO BOX 70609
CHICAGO, IL 606730609

CHK-MED SYSTEMS INC
200 GRANDVIEW AVENUE
CAMP HILL, PA 170111706

CONE INSTRUMENTS LLC
ATTN: ACCT
6850 SOUTHBELT DR
CALEDONIA, MI 49316


CARDINAL HEALTH MEDICAL
ATTN: DALAS NATL WHOLESALE
JP MORGAN CHASE
Recipient: Lockbox 730112
FORT WORTH, TX 76155

CICHARO ACQUISITION CORP
CORE MEDICAL GROUP
2 KEEWAYDIN DRIVE
SALEM, NH 03079

CONMED CORP
BOX 6814
CHURCH ST STATION
NEW YORK, NY 10249

CONSTELLATION NEW EVERGY GAS
BANK OF AMERICA LOCKBOX
SERVICES
15246 COLLECTIONS CENTER DRIVE
CHICAGO, IL 606930152

CUSTOM CREATIONS
202 N HOUSTON ST
WHARTON, TX 77488

DRS GROUP OF TEXAS
75 MAIDEN LANE
NEW YORK, NY 10038

COOK MEDICAL INC
22988 NETWORK PLACE
CHICAGO, IL 606731229

DATEX OHMEDA INC
PO BOX 641936
PITTSBURGH, PA 152641936

ECFMG
PO BOX 13679
PHILADELPHIA, PA 19101

COPING MEDIA AMERICA
PO BOX 682268
FRANKLIN, TN 37068

DAVOL INC (BARD)
PO BOX 75767
CHARLOTTE, NC 28275

ECKARD RECOVERY SVCS,LLC
2435 N CENTRAL EXPY, SUITE
1350
RICHARDSON, TX 75080

COUNTY COURTHOUSE MAGNET SVCS
760 CAMPBELL LANE
SUITE 106-141
BOWLING GREEN, KY 42104

Delgado, Anita S.

ECOLAB INC INSTITUTIONAL
PO BOX 70343
CHICAGO, IL 606730343

COVIDIEN (KENDALL HEALTH)
PO BOX 120823
DALLAS, TX 753120823

DELL MARKETING LP
PO BOX 676021
DALLAS, TX 752676021

EDCO
PO BOX 7010
SPRINGFIELD, MO 658017010

COVIDIEN (US SURGICAL)
PO BOX 120823
DALLAS, TX 753120823

Diaz, Michael R.

EL CAMPO ELECTRIC, INC.
532 CR 351
EL CAMPO, TX 77437

CPI
10850 W. PARK PLACE
SUITE 600
MILWAUKEE, WI 53224

DISCOVERY HEALTHCARE CONSU
909 18TH STREET
PLANO, TX 75074

EL CAMPO MEMORIAL HOSPITAL
303 SANDY CORNER ROAD
EL CAMPO, TX 77437

CPSI
PO BOX 850309
MOBILE, AL 366950309

DIVERSIFIED CLINICAL SER
PO BOX 636981
CINCINNATI, OH 452636981

ELEVATOR SAFETY INSPECTION
21225 CREEK ROAD
MANVEL, TX 77578

CRANEWARE INSIGHT
545 BRANDIES CIRCLE
MURFREESBORO, TN 37128

DIXON HUGHES GOODMAN LLP
500 RIDGEFIELD COURT
ASHEVILLE, NC 28806

EMCOR-GOWAN INC.
5550 AIRLINE DR
HOUSTON, TX 770764998

CST CORP
12210 BEDFORD ST
HOUSTON, TX 77031

DJO LLC
PO BOX 650777
DALLAS, TX 752650777

EMD MILLIPORE CORP
25760 Network Place
CHICAGO, IL 60673

EMDEON BUSINESS SERVICES
PO BOX 572490
MURRAY, UT 841572490

FEDERAL EXPRESS CORP
PO BOX 660481
DALLAS, TX 752660481

GANZ USA, LLC
#043
60 INDUSTRIAL PARKWAY
CHEEKTOWAGA, NY 142279903

EMERGENCY STAFFING SOLUTIONS
17304 PRESTON ROAD, SUITE 1400
DALLAS, TX 75252

FINANCIAL CONTROL SVCS
PO BOX 21626
WACO, TX 76702

Gaona, Julia Kay

ENDOCHOICE INC
PO BOX 200109
PITTSBURGH, PA 152510109

FINANCIAL CORP OF AMERICA
PO BOX 203670
AUSTIN, TX 787203670

GDF SUEZ ENERGY RESOURCE
PO BOX 25237
LEHIGH VALLEY, PA 180025237

ERBE USA INC
2225 NORTHWEST PARKWAY
MARIETTA, GA 30067

Fishbeck, Katherine Anne

GE CAPITAL C/O RICOH USA
ATTN: LEASE END
PO BOX 536732
C/O PNC BANK LOCKBOX
COLLEGE PARK, GA 30349

ESI INC
PO BOX 204755
DALLAS, TX 753204755

FISHER HEALTHCARE
PO BOX 404705
ATANTA, GA 303844705

GE HEALTHCARE
PO BOX 641936
PITTSBURGH, PA 152641936

EVOLOGICS, LLC
4766 RESEARCH DRIVE
SAN ANTONIO, TX 78240

Fojtik, Helen J.

GE HEALTHCARE OEC
2984 COLLECTIONS CENTER
CHICAGO, IL 60693

EVOQUA WATER TECHNOLOGIES
PO BOX 360766
PITTSBURGH, PA 152506766

FORT BEND SERVICE INC
PO BOX 1688
STAFFORD, TX 77497

GE MED SYSTEMS INFO TECH
5517 COLLECTIONS CENTER
ACCOUNTS RECEIVABLE
CHICAGO, IL 60693

EXCEL WASTE PARTNERS, LLC
PO BOX 690047
HOUSTON, TX 772690047

FOUR RIVERS SOFTWARE SYS
1501 ARDMORE BOULEVARD
2ND FLOOR
PITTSBURGH, PA 15221

Granberry, William

FARMER BROS. CO.
PO BOX 79705
CITY OF INDUSTRY, CA 917169705

Fuchik, Jo A.

GRANT BRYANT REED
RAS CRNA, PLLC
814 FLORIENCIA ST.
SUGAR LAND, TX 77479

FASTENAL COMPANY
PO BOX 978
WINONA, MN 559870978

G E HC REIT II DIXIE LOB
40 N CENTRALl AVE, #1404
PHOENIX, AZ 85004

GREENLEAF COMPACTION INC
DEPT # 2008
PO BOX 29661-2008
PHOENIX, AZ 850382008

GULF COAST PAPER SUPPLY
PO BOX 4227
VICTORIA, TX 77903

HILL INS - D&O
14201 N 87TH #110
SCOTTSDALE, AZ 85260

HOSPIRA WORLDWIDE INC
75 REMITTANCE DRIVE
SUITE 6136
CHICAGO, IL 606756136

Gurecky, Amber L.

HILL INSURANCE - PROF LIAB
14201 N 87TH ST #110
SCOTTSDALE, AZ 85260

HOUSTON CHRONICLE
PO BOX 80075
PRESCOTT, AZ 86304

Guthrie, Donald Eugene

HILL INSURANCE - PROP/POLLTN
14201 N 87TH #110
SCOTTSDALE, AZ 85260

Hubenak, Jessica Leigh

HABITAT FOR HUMANITY
EAST WHARTON COUNTY
PO BOX 451
WHARTON, TX 77488

HILL INSURANCE - WCOMP POLICY
14201 87TH ST #110
SCOTTSDALE, AZ 85260

Hunt, Stephanie M.

Harbich, Janice

HILL INSURANCE SERVICES
14350 N 87TH STREET
S# 110
SCOTTSDALE, AZ 85260

IDVILLE
5376 52ND STREET SE
GRAND RAPIDS, MI 49512

Hawkins, Regina Macia

HILL MEDICAL SERVICES
601 N 1ST AVE
DURANT, OK 74701

IMEDX
PO BOX 28174
NEW YORK, NY 10087

HEALTH CARE LOGISTICS INC
PO BOX 400
CIRCLEVILLE, OH 431130400

HODGES WELDING
PO BOX 1328
EL CAMPO, TX 77437

IMMUCOR INC
2990 GATEWAY DR SUITE 400
NORCROSS, GA 30071

HELMER SCIENTIFIC
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1937, DEPT 30
INDIANAPOLIS, IN 46206

HOLLAWAY & GUMBERT
3701 KIRBY DRIVE
STE 1288
HOUSTON, TX 77098

IMPACT INSTRUMENTATIONS INC.
27 FAIRFIELD PLACE
WEST CALDWELL, NJ 07006

HENRY SCHEIN MEDICAL SYS
PO BOX 223540
PITTSBURGH, PA 15251

HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 606731245

INDIGENT HEALTHCARE SOLUTIONS
PO BOX 190610
NASHVILLE, TN 37219

HIBU
PO BOX 660052
DALLAS, TX 752660052

HOSPICE SUPPORT INC
PO BOX 1417
EL CAMPO, TX 77437

INGENIX INC
PO BOX 88050
CHICAGO, IL 606801050

INNOVATIVE X-RAY SERVICES
PO BOX 1504
FRIENDSWOOD, TX 77546

JOHNSON&JOHNSON HEALTH CARE
PO BOX 406663
ATLANTA, GA 30384

Kocian, Leroy A.


INTEGRATED MEDICAL SYSTEMS
PO BOX 2725
COLUMBUS, GA 319022725

JOINT COMMISSION RESOURCE
16353 COLLECTIONS CENTER
CHICAGO, IL 60693

Kolar, Henrietta M.


INTERINSURANCE EXHANGE
OF THE AUTOMOBILE CLUB
PO BOX 1488
PORTLAND, ME 041041488

K&R LANDSCAPING
2123 FM 1299
WHARTON, TX 77488

KRONOS INC
PO BOX 845748
BOSTON, MA 022845748


Internal Revenue Service
Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kalina, Melissa B.

LABORATORY CORP OF AMERICA
PO BOX 12140
231 MAPLE AVE
BURLINGTON, NC 272162140


INTERSTATE BATTERY
5210 JOHN STOCKBAUER
VICTORIA, TX 77904

KATIE ONDRIAS SPL NEEDS
SUPPLEMENTAL TRUST
PO BOX 23
WHARTON, TX 77488

Laitkep, Katie M.


J&M PRINTING
813 ALABAMA STREET
WHARTON, TX 77488

KCI USA INC
12930 INTERSTATE 10W
SAN ANTONIO, TX 78249

LAND&WHEEL INSTANT SUPPLY
7811 N 86 ST
MILWAUKEE, WI 53224


Jackson, Carol

KERMA MEDICAL PROCUCTS
215 SUBURBAN DRIVE
SUFFOLK, VA 23434

LANDAUER INC
PO BOX 809051
CHICAGO, IL 606809051


Janak, Joy

KILBOURNE & KILBOURNE
83 PRINCETON AVE
HOPEWELL, NJ 078525

LANGUAGE LINE SERVICES
PO BOX 202564
DALLAS, TX 753202564


Janke, Julie C.

KIPP AND CHRISTIAN, P.C.
10 EXCHANGE PLACE, 4TH FLOOR
SALT LAKE CITY, UT 84111

LEGAL SHIELD
PO BOX 2629
ADA, OK 74821


JENNINGS & COMPANY
PO BOX 6696
CORPUS CHRISTI, TX 78466

Kirkland, Veronica L.

LETSOS COMPANY
PO BOX 36927
HOUSTON, TX 772366927

LIPPINCOTT WILLIAMS & WILKINS
PO BOX 1610
HAGERSTOWN, MD 217411610

MED ASSETS NET REVENUE S
PO BOX 405652
ATLANTA, GA 30384

Monroe, Jennifer


LOFLIN ENVIRONMENTAL SVC, INC.
2020 MONTROSE BLVD.
SUITE 100
HOUSTON, TX 77006

MEDICAL DATA SYSTEMS IN
2001 9TH AVE
SUITE 312
VERO BEACH, FL 32960

Montello, Nancy S.


LONE STAR EXTREMITIES, LLC
1833 ROSALIE STREET
HOUSTON, TX 77004

MEDICAL INTERNATIONAL
2800 SHERWOOD LANE
COLLEYVILLE, TX 76034

MORRISON MANAGEMENT SPEC
PO BOX 102289
ATLANTA, GA 30368


MAQUET MEDICAL SYSTEMS USA
40 CONTINENTAL BLVD
MERRIMACK, NH 03054

MEDICAL THIRD PARTY
1014 E HARRISON
HARLINGEN, TX 78550

MSC 30225
PO BOX 415000
NASHVILLE, TN 37241


MARKETLAB INC
ATTN:ACCOUNTING
6850 Southbelt Dr
Caledonia, MI 49316

MEDLINE
DEPT 1080
PO BOX 121080
DALLAS, TX 753121080

NATIONAL BUGMOBILES
PO BOX 3433
VICTORIA, TX 77903


MATAGORDA REGIONAL HOSPITAL
104 7TH STREET
BAY CITY, TX 77414

MEDTRONIC USA SURGICAL T
PO BOX 848086
DALLAS, TX 752848086

NATIONAL EVERYTHING WHOLESALE
2511 S. 156TH CIRCLE
OMAHA, NE 68130


MATTHEW BENDER CO INC
PO BOX 7247 0178
PHILADELPHIA, PA 19170

MEDTRONIC XOMED INC
PO BOX 848086
DALLAS, TX 752848086

NATIONAL UNION FIRE INS CO OF
PO BOX 35657
NEWARK, NJ 071935657


MCKESSON MEDICAL SURGICA
8741 LANDMARK RD
RICHMOND, VA 23228

MEMORIAL HERMANN MEDICAL GRP
909 FROSTWOOD, SUITE 1.100
HOUSTON, TX 77024

NATUS NEUROLOGICAL INC
88059 EXPEDITE WAY
CHICAGO, IL 606950001


MCKESSON TECHNOLOGIES INC.
22423 NETWORK PLACE
CHICAGO, IL 606731224

MENTAL HEALTH AMERICA
OF FORT BEND COUNTY
10435 GREENBOUGH DR.
SUITE 200
STAFFORD, TX 77477

NAVEX GLOBAL INC
PO BOX 60941
CHARLOTTE, NC 282600941


MD ANDERSON CANCER CENTE
PO BOX 4390
HOUSTON, TX 772104390

MERRY X RAY MXR
3615 WILLOWBEND
STE 400
HOUSTON, TX 77054

Ndikum, Ivo

NEPHROPATHOLOGY ASSOC,PLC
10810 EXECUTIVE CTR DR
SUITE 100
LITTLE ROCK, AR 722114386

Ortiz, Laura

Phillips, Keisha D.


NETECH
110 TOLEDO STREET
FARMINGDALE, NY 11735

OZARK BIOMEDICAL
1001 COMMERCE PLACE
BEEBE, AR 72012

PHYSICIANS RECORD COMPAN
3000 S RIDGELAND AVE
BERWIN, IL 60402


NEW WAVE PRESSURE WASHING
PO BOX 3175
CANYON LAKE, TX 78133

Pacifica of the Valley
d/b/a Pacifica Hospital of the
Valley
9449 San Fernando Road
Sun Valley, CA 91352

PICIS, INC
100 QUANNAPOWITT PARKWAY
SUITE 405
WAKEFIELD, MA 01880


NEWWAVE COMMUNICATION
PO BOX 628
EL CAMPO, TX 77437

PATRICK KUBALA TAX A C
PO BOX 189
WHARTON, TX 77488

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH, PA 152507896


NORIX GROUP INC
1800 W. Hawthorne Lane, Suite
N
WEST CHICAGO, IL 60185

PATTERSON MEDICAL
PO BOX 93040
CHICAGO, IL 606733040

PRAXAIR DISTRIBUTION INC
PO BOX 120812
DALLAS, TX 753120812


NORTHWEST SYSTEMS INC
29603 TUDOR WAY
MAGNOLIA, TX 77355

Paul R. Tuft
4400 North Scottsdale Road
Suite 9347
Scottsdale, AZ 85251

PRECHECK, INC
PO BOX 840031
DALLAS, TX 752840031


OLYMPUS AMERICA INC
DEPT 0600
PO BOX 120600
DALLAS, TX 753120600

PENNINGTON AND ASSOCIATES, INC
14300 60TH STREET NORTH
CLEARWATER, FL 33760

PRECISION DYNAMICS CORP(PDC)
4193 SOLUTIONS CENTER
LOCKBOX NO.774193
CHICAGO, IL 606774001


OPTIMUM OUTCOMES
4524 SOUTHLAKE PKWY
STE 15
HOOVER, AL 35244

PERIMED INC
44 W LANCASTER AVE
SUITE 220
ARDMORE, PA 441333025

PRESS GANEY ASSOC INC
PO BOX 88335
MILWAUKEE, WI 532880335


OPTUM360 LLC
3436 MOMENTUM PLACE
CHICAGO, IL 606895334

PHARMEDIUM SERVICES LLC
39797 TREASURY CENTER
CHICAGE, IL 606943900

PROMETHEUS LABORATORIES
PO BOX 7738
SAN FRANCISCO, CA 94120


ORTHO CLINICAL DIAGNOSTI
6000 FELDWOOD ROAD
ATTN: PO BOX 406663
COLLEGE PARK, GA 30349

PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 303840355

PROWESS
1844 CLAYTON ROAD
CONCORD, CA 94520

PSS WORLD MEDICAL, INC.
PSS LOCKBOX#846260
1950 N STEMMONS FWY
SUITE 5010
DALLAS, TX 75207

RELIANT
DEPT 0954
PO BOX 120954
DALLAS, TX 753120954

ROBERT B. PRITCHETT
PREMIER IMAGING INC
15825 FIRST STREET
CHANNELVIEW, TX 77530

PSYCHIATRIC SOLUTIONS PC
ATTN: ASHOK JAIN, MD
1201 CREEKWAY DRIVE, SUITE C
SUGARLAND, TX 77478

RELIANT BUSINESS PRODUCTS,INC
10641 HADDINGTON DR #100
HOUSTON, TX 77043

ROCHE DIAGNOSTICS CORP
LOCKBOX #5021
1010 W. MOCKINGBIRD LN.
DALLAS, TX 75247

QIAGEN INC.
P.O. BOX 5132
CAROL STREAM, IL 601975132

RELIQ GULF COAST LLC
11111 SANTA MONICA BLVD
SUITE 500
LOS ANGELES, CA 90025

Rodriguez, Martha

QUALITY CARE REHAB (AKA TMC)
8477 S. SUNCOAST BLVD
HOMOSASSA, FL 34446

RENAL TREATMENT CENTERS-SE,LP
PO BOX 781607
PHILADELPHIA, PA 191781607

Rodriguez, Susie G.

Quintero, Theresa A.

RESMED CORP
LOCK BOX 534593
ATLANTA, GA 303530737

ROUSE HENDRICKS GERMAN MAY PC
1201 WALNUT, SUITE 2000
KANSAS CITY, MO 64106

RADIATION PRODUCTS DESIG
5218 BARTHEL INDUSTRIAL
ALBERTVILLE, MN 55301

RICOH USA INC
GE-IOS CAPITAL
LOCKBOX 650016
2975 REGENT BOULEVARD
IRVING, TX 75063

SALMAN S. ALY, MD
CAPITAL INTERNAL MEDICINE
ASSOC.PA
1201 CREEKWAY DRIVE, SUITE B
SUGARLAND, TX 77478

RADIO SHACK
TEC TRONIC
423 E BOLING HWY
WHARTON, TX 77488

RICOH USA INC
PO BOX 660342
DALLAS, TX 752660342

Sanchez, Jessica Deann

RADIOMETER AMERICA INC
13217 COLLECTIONS CENTER
CHICAGO, IL 60693

RITE RESPONSE ANSWERING
730 NORTH LOOP
HOUSTON, TX 77009

SANDLIN BROADCASTING CO
PO BOX 789
BAY CITY, TX 77404

RADPARTNERS HOUSTON
7600 W TIDWELL
SUITE 103
HOUSTON, TX 770405719

RNCP OF WHARTON LTD
101 W GOODWIN AVE
SUITE 600
VICTORIA, TX 77901

SANOFI PASTEUR INC.
12458 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

REESE BAKER
CPSI NATIONAL USER GROUP
C/O CRITTENDEN HEALTH SYSTEMS
520 WEST GUM STREET
MARION, KY 42064

ROBERSON AC & REFRIGERATION
200 E MILAM ST.
WHARTON, TX 77488

SCOTT EQUIPMENT INC
5612 MITCHELDALE
HOUSTON, TX 77092

See attached Ex Scehdule G

SMITHS MEDICAL ASD INC
PO BOX 72477784
PHILADELPHIA, PA 191707784

SRG SERVICES INC
311 JULIE RIVERS DR
SUGARLAND, TX 77498


SETTRAC
1111 NORTH LOOP WEST
160
HOUSTON, TX 77008

SOUTH TEXAS OIL DISTRI
PO BOX 169
EL CAMPO, TX 77437

ST. CHRISTINA'S EMS
PO BOX 1238
WHARTON, TX 77488


SHAMROCK SCIENTIFIC SPEC
34 DAVIS DRIVE
BELLWOOD, IL 60104

SOUTHWASTE DISPOSAL
PO BOX 53988
LAFAYETTE, LA 705053988

STANDARD REGISTER CO
TAYLOR CORPORATION
600 ALBANY STREET
DAYTON, OH 45417


SHARE
C/O  SHERIE STELZEL
PO BOX 101
WHARTON, TX 77488

Southwest Health Care
Services, LLC
4400 N. Scottsdale Rd.
Scottsdale, AZ 85251

STANDARD TEXTILE
ONE KNOLLCREST DRIVE
CINCINNATI, OH 45237


SHERWIN WILLIAMS COMPANY
211 E BOLING HWY
WHARTON, TX 77488

SPBS LUBBOCK
4315 IRONTON AVE
LUBBOCK, TX 79407

STEPHEN J. RINGEL MD, PA
4005 BUSINESS PARK DR.
AMARILLO, TX 79110


SHIRE REGENERATIVE MEDIC
SRM RECEIVABLE ACCOUNT
DEPT 3292
CAROL STREAM, IL 601323292

SPECTRACORP
8131 LBJ FREEWAY
SUITE 360
DALLAS, TX 75251

Stepro, Raymond


SIEMENS HEALTHCARE DIAGN
PO BOX 121102
DALLAS, TX 753121102

SPIRIT MASTER FUNDING IX, LLC
c/o Bank of Oklahoma
6242 E. 41st. St., SRC Lockbox
2860
Tulsa, OK 74135

STERIS CORP
PNC BANK-STERIS CORP
FIRST SIDE CENTER
ATTN LOCKBOX 644063
PITTSBURGH, PA 15219


Silva, Lisa Ann

SPOK, INC.
PO BOX 660324
DALLAS, TX 752660324

STEWART&STEVENSON SVCS
PO BOX 301063
DALLAS, TX 753031063


SMALL BONE INNOVATIONS,INC.
1380 S.PENNSYLVANIA AVE.
MORRISVILLE, PA 19067

SPOT
PO BOX 584
WHARTON, TX 77488

STRATOS LEGAL RECORDS, LLC
4299 SAN FELIPE
SUITE 350
HOUSTON, TX 77027


SMITH&NEPHEW
PO BOX 60333
CHARLOTTE, NC 28260033

SPRINT
PO BOX 8077
LONDON, KY 40742

STRECK LABORATORIES INC
7002 SOUTH 109TH STREET
ATTN: ACCOUNTS RECEIVABLE
OMAHA, NE 68128

STRYKER INSTRUMENTS
PO BOX 70119
CHICAGO, IL 60673

TELEPACIFIC
PO BOX 123123
DEPARTMENT 3123
DALLAS, TX 753123123

TURBIN YELLOW JACKET PARTNERS
1127 PALMER PLACE
RICHMOND, TX 77406

STRYKER MEDICAL
PO BOX 93308
CHICAGO, IL 606733308

TEXAS DEPT OF STATE HEALTH SVC
LOCKBOX-RADIOACTIVE MATERIALS
PO BOX 12190
AUSTIN, TX 787112190

UMR
LOCKBOX NUMBER 10822
4701 W SCHROEDER DR.
MILWAUKEE, WI 53223

SUNTRAC SERVICES
1818 E MAIN ST
LEAGUE CITY, TX 77573

TEXAS HOSPITAL ASSOC
PO BOX 95353
GRAPEVINE, TX 76099

UMR - Northern Trust Bank
350 North Orleans St., Suite 1454
Receipt & Dispatch, 8th Floor
Chicago, IL 60654

SURVEYMONKEYCOM LLC
CO BANK OF AMERICA LOCKBOX
15765 C OLLECTIONS CENTER
CHICAGO, IL 606936

TEXAS WORKFORCE COMMISSION
PO BOX 149363
AUSTIN, TX 787149363

UNITED HEALTHCARE
JOHNSON & ROUNDTREE PREMIUM
6160 LUSH BLVD. STE C203
SAN DIEGO, CA 92121

SWEETWATER PULMONARY&SLEEP DIS
SHAHID MALLICK, M.D.
3511 TOWN CENTER BLVD, STE 102
SUGAR LAND, TX 774791464

THERACOM LLC
PO BOX 640105
CINCINNATI, OH 45264

US ENDOSCOPY
5976 HEISLEY ROAD
MENTOR, OH 44060

SYNTHES USA SALES LLC
PO BOX 8538662
PHILADELPHIA, PA 19171

THYSSENKRUPP ELEVATOR CO
PO BOX 933004
ATLANTA, GA 311933004

US FOODS, INC.
BOX 840396
DALLAS, TX 752840396

SYSMEX AMERICA INC
39923 TREASURY CENTER
CHICAGO, IL 606949900

TOSHIBA AMERICA MEDICAL
PO BOX 91605
CHICAGO, IL 60693

Vestal, John M.

T SYSTEM INC
DEPT 2537
PO BOX 122537
DALLAS, TX 75312

TRACELOGIX CORPORATION
3605 KNIGHT RD, SUITE 101
MEMPHIS, TN 38118

Villereal, Leticia A.

TACY MEDICAL
PO BOX 15807
FERMANDINA BEACH, FL 320353114

TRUVEN HEALTH ANALYTICS
39353 TREASURY CENTER
CHICAGO, IL 60694

VISION SERVICE PLAN
PO BOX 742788
LOS ANGELES, CA 90074

Teets, Rhonda A.

TTR SHIPPING
1000 CAMPUS DRIVE
SUITE 300
ATTN: JOSH TAYLOR
STOW, OH 44224

VITAL CARE REPS INC
18470 THOMPSON COURT
SUITE 1 B
TINLEY PARK, IL 60477

VITAL SIGNS INC NJ
PO BOX 402431
ATLANTA, GA 303842431

WRIGHT MEDICAL TECHNOLOG
PO BOX 503482
ST LOUIS, MO 631503482

WADLER PERCHES HUNDL & KERLICK
101 W BURLESON
WHARTON, TX 77488

YALE GROUP
25 ORVILLE DR STE 100
BOHEMIA, NY 117162510

WAGNER SAENZ DORITY, LLP
3700 BUFFALO SPEEDWAY
SUITE 610
HOUSTON, TX 77098

Yen, Yee-Sang

Wallace, Karen Elizabeth

ZIMMER US INC
PO BOX 840166
DALLAS, TX 752840166

WHARTON ATHLETIC BOOSTER CLUB
PO BOX 63
WHARTON, TX 77488

WHARTON COUNTY SHERIFF'S ASSOC
P. O. BOX 726
WHARTON, TX 77488

WHARTON COUNTY YOUTH FAI
PO BOX 167
GLEN FLORA, TX 77433

WINNING WAY SERVICES
PO BOX 750953
HOUSTON, TX 77275

WOMACK MACHINE SUPPLY CO
PO BOX 3197
CAROL STREAM, IL 60132

WOODS & AITKEN LLP
301 S.13TH STREET, SUITE 500
LINCOLN, NE 68508