UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GCMC OF WHARTON COUNTY | § | Case No. 16-60109 (DRJ) |
| TEXAS, LLC | § | |
| | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND PLEADINGS

The Texas Workforce Commission ("TWC"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
jason.stark.@oag.texas.gov

The TWC respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason A. Starks*
JASON A. STARKS
State Bar No. 24046903
Southern District of Texas Bar No. 572454
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
jason.starks@oag.texas.gov

ATTORNEYS FOR THE TEXAS
WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on February 8, 2017, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

GCMC of Wharton County Texas, LLC
10141 U.S. 59 Road
Wharton, TX 77488

By Electronic Means as listed on the Court's ECF Noticing System:

- Scott J Davenport    scottd@davenport-law.com
- John P Dillman    Houston_bankruptcy@publicans.com
- Karen L Hart    karenh@bellnunnally.com, alicias@bellnunnally.com
- Darren Marlowe    darren@lawofficedm.com
- Jarrod B. Martin    jmartin@nathansommers.com, lcoleman@nathansommers.com;jpoe@nathansommers.com
- Timothy Aaron Million    tmillion@hwa.com, lslater@hwa.com
- Aaron James Power    apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com
- Randall A Rios    rrios@hwallp.com

2

- Ronald J Sommers    efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,jbatres@nathansommers.com
- Stephen Douglas Statham    stephen.statham@usdoj.gov
- US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
- David A Zdunkewicz    dzdunkewicz@akllp.com

*/s/ Jason A. Starks*
JASON A. STARKS